# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Immanuel Baptist Church,

Plaintiff,

v.

City of Chicago,

Defendant.

Case No. 17-cv-00932
Judge Mary M. Rowland

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff Immanuel Baptist Church
and against defendant City of Chicago
in the amount of $14,590.00 ,

which ☐ includes pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff shall recover costs from defendant.

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge Mary M. Rowland presiding, and the jury has rendered a verdict.
☒ tried by Judge Mary M. Rowland without a jury and the above decision was reached.
☐ decided by Judge Mary M. Rowland on a motion

Date:  10/30/2023                              Thomas G. Bruton, Clerk of Court

                                               Dawn A. Moreno, Deputy Clerk